*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided May 24, 1995

STATE OF CONNECTICUT *v.* RAMON BURGOS

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 404 (AC 13628), is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided May 24, 1995

STATE OF CONNECTICUT *v.* THEODORE JONES

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 437 (AC 12213), is denied.

*Thomas Ullman,* public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided May 24, 1995

ARLYNE FOX *v.* COLONY T.V. AND APPLIANCE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 37 Conn. App. 453 (AC 12877), is denied.

*Peter J. Dauk,* in support of the petition.

Decided May 24, 1995